**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7858**

SIDNEY MABINE,

                                   Plaintiff - Appellant,

        versus

LAWRENCE  AMBROGI,  Commonwealth's  Attorney;
LUKE BOYD, Public Defender,

                                   Defendants - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-02-1061)

Submitted:  February 6, 2003        Decided:  February 13, 2003

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sidney Mabine, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sidney Mabine appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Mabine v. Ambroqi, No. CA-02-1061 (W.D. Va. Oct. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED